# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2190

_____

| | | |
|---|---|---|
| Ida Pierce, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| Donna E. Shalala, Secretary of Health | * | [UNPUBLISHED] |
| and Human Services, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: November 15, 1999

Filed: November 23, 1999

_____

Before McMILLIAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Ida Pierce appeals the district court's adverse ruling affirming the Secretary's decision to deny Pierce a waiver of an overpayment assessed under the Medicare secondary payer statute. After careful review of the parties' briefs and the administrative record, we agree with the district court's determination. Because an extended opinion would lack precedential value, we affirm for the reasons stated by the district court without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.